**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
**lscolarilaw@earthlink.net**

**TEL 212-227-8899**                                                                **FAX 212-964-2926**

November 14, 2019

Honorable Paul G. Gardephe
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Barrington Reid**
**19 Cr. 789  (PGG)**

Your Honor:

    I write to request that the Court grant a week  extension of time for Barrington  Reid's second co-signer to sign his bond. Mr. Reid was released on a fifty thousand dollar bond, which has been signed by one financially responsible cosigner,  but needs more time for a moral suasion co-signer to complete the process. Mr. Reid has surrendered his passport to pretrial and is on pretrial supervision.

    The government, by Louis Pellegrino, consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____

HON. PAUL G. GARDEPHE