<div style="text-align:center">

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

</div>

TEL 212-227-8899                                                                                                   FAX 212-964-2926

<div style="text-align:center">December 4, 2019</div>

Honorable Paul G. Gardephe
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

<div style="text-align:center">

Re: United States v. Barrington Reid
19 Cr. 789 (PGG)

</div>

Your Honor:

    I write to request that the Court grant a temporary modification of Barrington Reid's bond conditions so that he may attend two weekend long conventions in January, 2020, one in Boston and one in Philadelphia. Mr. Reid was released on a fifty thousand dollar bond, which has been co-signed by two people. He has surrendered his passport, his travel is restricted to the S.D. and E.D. of New York, and he has been reporting to pretrial.
    Both Mr. Reid's Pretrial Officer, Andrew Kessler-Cleary and the government, by Louis Pellegrino, consent to this request. If the Court grants this application, Mr. Reid with provide his pretrial officer with the specifics dates and times of his travel as well as where he will stay during the trips.
    Therefore, I request that the Court permit Mr. Reid to travel to Boston and to Philadelphia for weekend conventions in January, 2020.

<div style="padding-left:50%">

Respectfully,
*Lisa Scolari*
Lisa Scolari

</div>

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
               Dec. 10, 2019