UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

- v. -

BARRINGTON REID,
   a/k/a "P9,"

              Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Barrington Reid's sentencing will take place on **November 9, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Reid are due by **October 19, 2021**. The Government's submission is due by **October 26, 2021**.

        The Probation Department is directed to prepare a presentence investigation report for Defendant Reid.

Dated: New York, New York
       June 30, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge