**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

**TEL 212-227-8899**

August 2, 2021

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: September 4, 2021

Honorable Paul G. Gardephe
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Barrington Reid**
**19 Cr. 789 (PGG)**

Your Honor:

    I write to request that the Court grant a temporary modification of Barrington Reid's bond conditions so that he may attend a convention in Colombus, Ohio from September 17-19, 2021. Mr. Reid was released on a fifty thousand dollar bond, which has been co-signed by two people. He has surrendered his passport, his travel is restricted to the S.D. and E.D. of New York, and he has been reporting to pretrial.
    Mr. Reid's Pretrial Officer, Dayshawn Bostic, has no objection to this application and the government, by Mathew Andrews, Esq., consents to this request. If the Court grants this application, Mr. Reid with provide his pretrial officer with the specifics dates and times of his travel as well as where he will stay during the trip.
    Therefore, I request that the Court permit Mr. Reid to travel to Colombus, Ohio from September 17-19, 2021.

Respectfully,

*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. PAUL G. GARDEPHE