**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com

**TEL 212-227-8899**                                                                                              **FAX 212-964-2926**

February 2, 2022

Honorable Paul G. Gardephe
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Barrington Reid**
**19 Cr. 789  (PGG)**

Your Honor:

    I write to request an adjournment of Mr. Reid's sentencing currently scheduled for February 25, 2022, to a date in late March or early April, 2022. I regret that I missed the January 28, 2022 deadline for filing my sentencing submission and need additional time to prepare.
    Therefore, I request that the Court adjourn Mr. Reid's sentencing to a date in late March, or early April, 2022 so that I may complete and file a timely submission. The government, by Stephanie Simon,  Esq., consents to this request.

                                                            Respectfully,

                                                             *Lisa Scolari*

                                                              Lisa Scolari

                                                         **MEMO ENDORSED**:
The sentencing currently scheduled for February 25, 2022 is adjourned to **April 8, 2022 at 10:00 a.m.**  The sentencing will take place in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: February 7, 2022