**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com

**TEL 212-227-8899**                                                                 **FAX 212-964-2926**

February 14, 2022

Honorable Paul G. Gardephe
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Barrington Reid**
**19 Cr. 789  (PGG)**

Your Honor:

I write to request that the Court grant a temporary modification of Barrington Reid's bond conditions so that he may attend two conventions: the first from February 25th-27th, 2022, in Norfolk, Virginia and the second from March 11-13th in Wilmington, Delaware.

Mr. Reid was released on a fifty thousand dollar bond, which has been co-signed by two people. He has surrendered his passport, his travel is restricted to the S.D. and E.D. of New York, and he has been reporting to pretrial.

Neither Mr. Reid's Pretrial Officer, Dayshawn Bostic, nor the government, by Mathew Andrews, Esq., has an objection to this request. If the Court grants this application, Mr. Reid will provide his pretrial officer with the specific dates and times of his travel as well as where he will stay during the trips.

Therefore, I request that the Court permit Mr. Reid to travel to and stay in Norfolk, VA from February 25-27, 2022 and to Wilmington, DE from March 11-13, 2022.

Respectfully,

*Lisa Scolari*
Lisa Scolari

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 15, 2022