**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com

**TEL 212-227-8899**                                                                                                 **FAX 212-964-2926**

May 18, 2022

Honorable Paul G. Gardephe
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Barrington Reid**
**19 Cr. 789  (PGG)**

Your Honor:

    I write with two applications regarding Barrington Reid. First, I request a final, month adjournment of Mr. Reid's sentencing currently scheduled for June 8, 2022.

    Second, Mr. Reid seeks a temporary suspension of his travel restrictions so that he can attend a Narcotics Anonymous convention in Ohio from May 27-29, 2022. If the Court permits, he will drive there and provide his pretrial officer with the specific details of his travel and overnight accommodations.

    The goverment by Stephanie Simon, Esq., consents to the adjournment. Neither A.U.S.A. Matthew Andrews or Mr. Reid's pretrial officer Viosany Harrison has an objection to Mr. Reid's travel request.

                                                                 Respectfully,

                                                                 *Lisa Scolari*
                                                                  Lisa Scolari

                                        **MEMO ENDORSED**:
The travel application is granted. The sentencing scheduled for June 8, 2022, is adjourned to **July 6, 2022 at 11:00 a.m.** The Defendant's submission is due June 15, 2022. The Government's submission is due June 22, 2022.

                                                       SO ORDERED.

                                                       *Paul G. Gardephe*
                                                      _____
                                                       Paul G. Gardephe
                                                       United States District Judge
                                                       Dated: May 19, 2022