UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :

UNITED STATES OF AMERICA                :    CONSENT PRELIMINARY ORDER
                  - v. -                                         OF FORFEITURE/
                                                      :    <u>MONEY JUDGMENT</u>

BARRINGTON REID,
     a/k/a "P9,"                              :    19 Cr. 789 (PGG)

            Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about November 6, 2019, BARRINGTON REID, a/k/a "P9" (the "Defendant"), among others, was charged in three counts of a thirty-two count Indictment, 19 Cr. 789 (PGG) (the "Indictment"), with Conspiracy to Violate the Travel Act, in violation of Title 18, United States Code, Section 371 (Count One); Wrongful Disclosure of Individually Identifiable Healthcare Information, in violation of Title 42, United States Code, Sections 1320d-6(a)(1)-(3), 1320d-6(b)(3), and Title 18, United States Code, Section 2 (Count Twelve); and Solicitation of Bribes and Gratuities by an Agent of a Federally Funded Organization, in violation of Title 18, United States Code, and Sections 666(a)(1)(B) and 2 (Count Twenty-Seven);

        WHEREAS, the Indictment included, *inter alia,* a forfeiture allegation as to Count Twenty-Seven of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense charged in Count Twenty-Seven of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Twenty-Seven of the Indictment that the Defendant personally obtained;

WHEREAS, on or about June 28, 2021, the Defendant pled guilty to Count Twenty-Seven of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Twenty-Seven of the Indictment and agreed to forfeit to the United States, a sum of money equal to no less than $72,000 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count Twenty-Seven that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $72,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Twenty-Seven of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Twenty-Seven of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Mathew Andrews, Louis A. Pellegrino, and Stephanie Simon, of counsel, and the Defendant and his counsel, Lisa Scolari, Esq., that:

1. As a result of the offense charged in Count Twenty-Seven of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $72,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Twenty-Seven of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, BARRINGTON REID, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     7/27/22
MATHEW ANDREWS                              DATE
LOUIS A. PELLEGRINO
STEPHANIE SIMON
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-6526 / 2617


BARRINGTON REID

By: _____     7/23/22
BARRINGTON REID                             DATE


By: _____     7/23/22
LISA SCOLARI, ESQ.                          DATE
Attorney for Defendant
20 Vesey Street Suite 400
New York, NY 10007


SO ORDERED:

_____           July 27, 2022
HONORABLE PAUL G. GARDEPHE                  DATE
UNITED STATES DISTRICT JUDGE