LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

July 31, 2022

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
via ECF

                **Re: United States v. Barrington Reid**,
                        19 Cr. 789 (PGG)

Your Honor:

    Barrington Reid was sentenced to time served and probation on July 27, 2022.

 I write to request that the Court direct pretrial to release Mr. Reid's passport so that he may retrieve it.

                                  Respectfully,

                                  *Lisa Scolari*
                                  Lisa Scolari

**MEMO ENDORSED**
**The Application is granted.**
**SO ORDERED:**

*[signature]*
**Paul G. Gardephe, U.S.D.J.**
**Dated: August 1, 2022**