LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

August 11, 2023

Honorable Paul G. Gardephe
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Barrington Reid
19 Cr. 789 (PGG)

Your Honor:

    This Court sentenced Barrington Reid to time served and three years probation on July 27, 2022. He would like permission take a trip to Aruba from September 2, 2023-September 8, 2023. His probation officer Joseph Perry indicates that he has been in full compliance with all conditions of supervision. However, probation's policy is to take no position on international travel. The government by Mathew Andrews, Esq., has no objection to this request.
    Therefore, I request that the Court permit him to travel to Aruba. If permitted to go, he will provide probation with all of the details of his trip.

                        Respectfully,

                        *Lisa Scolari*
                        Lisa Scolari

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
August 22, 2023